ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 FEB -7  P 2: 45

DEPUTY CLERK_____

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL NO. |
| CYNTHIA ROSARIO GUITERREZ | |

3-17CR-074-L

INDICTMENT

The Grand Jury Charges:

Count One
Possession of a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2)

On or about April 17, 2016, in the Northern District of Texas, the defendant

**Cynthia Rosario Guiterrez**, knowingly possessed with intent to distribute a mixture or

substance containing a detectable amount of methamphetamine, a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

**Indictment – Page 1**

## Count Two
### Possession of an Unregistered Firearm
(Violation of 26 U.S.C. §§ 5845(a)(1) and (2), 5861(d) and 5871)

On or about April 17, 2016, in the Dallas Division of the Northern District of Texas, the defendant, **Cynthia Rosario Guiterrez**, did knowingly receive and possess a weapon made from a shotgun, to wit: a Harrington & Richardson, Model 088, 12 gauge shotgun, bearing serial number BAA41796, as modified having a barrel of less than 18 inches in length, and an overall length of less than 26 inches, a weapon commonly known as a "sawed-off" shotgun, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5845(a)(1) and (2) and 5861(d) and 5871.

<u>Forfeiture Notice</u>
(18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c))

The allegations contained in Count One and Count Two of this Indictment are realleged and incorporated by reference herein.

Upon conviction of the offenses alleged in Count One and Count Two of this Indictment and pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendant, **Cynthia Rosario Guiterrez**, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or facilitate the commission of the respective offense(s). In addition, the defendant, **Cynthia Rosario Guiterrez**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

(1) Harrington & Richardson, Model 088, 12 gauge shotgun, bearing serial number BAA41796, and

(2) any ammunition recovered with the weapon.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
UNITED STATES ATTORNEY

_____
SHANE READ
Assistant United States Attorney
Texas Bar No. 16623950
1100 Commerce Street
Suite 300
Dallas, Texas 75242
Telephone: 214.659.8688
Facsimile: 214-659-8809
E-mail: shane.read@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CYNTHIA ROSARIO GUITERREZ

INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2
Possession of a Controlled Substance with Intent to Distribute

26 U.S.C. §§ 5845(a)(1) and (2), 5861(d) and 5871
Possession of an Unregistered Firearm

18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                                    FOREPERSON

Filed in open court this 7th day of February, 2017.

_____
                                             Clerk

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending