AO 442     (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

UNITED STATES OF AMERICA

V.

CYNTHIA ROSARIO GUITERREZ

**WARRANT FOR ARREST**

Case Number: 3:17-CR-074-L

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    __CYNTHIA ROSARIO GUITERREZ__
                                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| ✓ Indictment | Information | Complaint | Order of court | Probation Violation Petiton | Supervised Release Violation Petition | Violation Notice |

charging him or her (brief description of offense)

Possession of a Controlled Substance with Intent to Distribute, Possession of an Unregistered Firearm

in violation of Title  21 & 18, 26   United States Code, Section(s)   841(a)(1) and (b)(1)(C) and 2, 5845(a)(1) and (2), 5861(d) and 5871

__Karen Mitchell, U.S. District Court Clerk__
Name and Title of Issuing Officer

*Karen Mitchell* (signature)
Signature of Issuing Officer

__United States Magistrate Judge Paul Stickney__      2/8/2017          Dallas, TX
                                                                                                  Date              Location

By:  __s/S. Shelby__
         Deputy Clerk

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

WHCAF fr/ Dallas Center

| DATE RECEIVED 2/23/17 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 2/23/17 | H. J. Garcia | (signature) |

USMS# 55413-177                                                                                                       10257751